

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00368-CR

---

COREY DAIN ARMSTRONG, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 083994-E-CR, Honorable Douglas R. Woodburn, Presiding

---

August 22, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Corey Dain Armstrong, appeals his conviction for online solicitation of a minor[1] and sentence to three years of confinement. We previously remanded this cause to the trial court to determine whether Appellant still desires to prosecute the appeal. While on remand, Appellant filed a motion in this Court seeking to voluntarily dismiss the

---

[1] See TEX. PENAL CODE ANN. §33.021(b).

appeal.  The motion to dismiss is signed by both Appellant and his attorney.  *See* TEX. R. APP. P. 42.2(a).

As no decision of the Court has been delivered, we reinstate the appeal and grant the motion.  The appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.